UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THERESA WILLIAMS,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**DECISION AND ORDER**
　　　　　　　　　　　　　　　　　　　　　　08-CV-369S

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

        Defendant.


1.      Plaintiff Theresa Williams commenced this action *pro se* on May 20, 2008 against Defendant Hartford Life and Accident Insurance Company, seeking to recover long-term disability benefits she alleges were wrongfully terminated. (Docket No. 1.) Thereafter, Defendant moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. (Docket No. 23.)

2.      By Decision and Order dated April 6, 2010, this Court, after reviewing the administrative record *de novo*, granted Defendant's Motion, and directed the Clerk of the Court to close the case. (Docket No. 48.)

3.      The same day, April 6, 2010, Plaintiff filed a Motion to Seal certain documents allegedly relevant to her claim for benefits (Docket No. 50), and a "Motion to Expand/Supplement Plaintiffs, Summary Judgment incorrectness of the Administrative Record" (Docket No. 51). The latter motion, in sum and substance, seeks to add additional documents to the administrative record to assist this Court when considering her claim.

4.      Because this Court has already determined the proper scope of its review of

1

the administrative record and, after having done so, granted Defendant's Motion for Summary Judgment, Plaintiff's two motions are denied.

IT HEREBY IS ORDERED, that Plaintiff's Motion to Seal (Docket No. 50) is DENIED.

FURTHER, that Plaintiff's "Motion to Expand/Supplement Plaintiffs, Summary Judgment incorrectness of Administrative Record" (Docket No. 51) is DENIED.

SO ORDERED.

Dated: April 7, 2010
      Buffalo, NY

                                  /s/William M. Skretny
                                  WILLIAM M. SKRETNY
                                      Chief Judge
                              United States District Court